**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6152**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JONATHAN ALCANTAR HERNANDEZ,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:20-cr-00480-D-1)

Submitted:  June 17, 2025                    Decided:  June 23, 2025

Before GREGORY, QUATTLEBAUM, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jonathan Alcantar Hernandez, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Alcantar Hernandez appeals the district court's order denying his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). We have reviewed the record and conclude that the district court did not abuse its discretion in denying Hernandez's motion. *See United States v. Martin*, 916 F.3d 389, 395 (4th Cir. 2019) (stating standard). Although the court recognized Hernandez's eligibility for a sentence reduction, it determined that the 18 U.S.C. § 3553(a) factors weighed against granting such a reduction after considering the record and relevant arguments. Accordingly, we affirm the district court's order. *United States v. Hernandez*, No. 5:20-cr-00480-D-1 (E.D.N.C. Feb. 26, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2